THE STATE OF OHIO, APPELLEE, *v.* PATTERSON, APPELLANT.

[Cite as *State v. Patterson,* 127 Ohio St.3d 119, 2010-Ohio-5270.]

(Nos. 2009–0455 and 2009–0545—Submitted August
10, 2010—Decided November 2, 2010.)

{¶ 1} The certified question is answered by our opinion in *State v. Rohrbaugh,* 126 Ohio St.3d 421, 2010-Ohio-3286, 934 N.E.2d 920, and the cause is remanded to the court of appeals for application of *State v. Rohrbaugh,* including a determination whether the three conditions set forth in the syllabus of *State v. Rohrbaugh* were present with regard to appellant's guilty plea to the amended indictment.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————

David A. Sams, for appellant.